UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-10012-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CARIDAD RIOSECO ALEJANDREZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Second Application for Authorization of Expert Services [ECF No. 135], as supplemented [ECF No. 139].

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow, and accordingly, the Magistrate Judge entered a Report and Recommendation **[ECF No. 140]** filed on September 25, 2017, recommending that Defendant, Caridad Rioseco Alejandrez' Second Application for Authorization of Expert Services [ECF No. 135], as supplemented [ECF No. 139] be granted.

The parties were afforded the opportunity to file written objections to the report, and the record reveals that no objections were filed.

After a *de novo* review of the record and Magistrate Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation **[ECF No. 140]** is hereby **ADOPTED AND APPROVED** in its entirety.

Defendant's Second Application for Authorization of Expert Services **[ECF No. 135]** is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of October, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record